FRED L. REIS, Respondent, v. ALFRED R. RIENZO, Doing Business under the Trade Name and Style of RIENZO REAL ESTATE AND DEVELOPMENT COMPANY, Appellant.— Order granting plaintiff's motion to dismiss separate defense reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (Goodell v. Hurlbut, 5 App. Div. 77; Landes v. Hart, 131 id. 6;

* Affd., 251 N. Y. —.

*Koster* v. *Pain*, 41 id. 443.) The authorities cited in the opinion of the Special Term justice are not applicable. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.